**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-80182-CR-MARRA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **LOUIS SANTOS,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## GOVERNMENT'S EXHIBIT LIST

The United States, by and through the undersigned Assistant United States Attorney, hereby files the government's exhibit list for the jury trial of this matter.

| Exhibit number | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Map: 5350 Grand Palme Circle | X | X |
| 2 | Photo of black SUV | X | X |
| 3 | Photo of Candelario master bedroom | X | X |
| 4 | Candelario iPhone | X | X |
| 5 | Candelario One Touch Phone | X | X |
| 6 | Candelario consent to search | X | X |
| 7 | Microsoft Lumia Phone | X | X |
| 8 | iPhone | X | X |
| 9 | Heroin | X | X |
| 10 | Examination log (FOR ID ONLY) | X | |
| 11 | Candelario Apple Call Logs | X | X |

| Exhibit number | Description | Identified | Admitted |
|---|---|---|---|
| 12 | Candelario Apple SMS Logs | X | X |
| 13 | Candelario One Touch Call Logs | X | X |
| 14 | Candelario One Touch SMS Logs | X | X |
| 15 | Disc: Phone Calls between Doherty and Candelario 9/29/15 | X | X |
| 16 | Disc: Video of transaction 9/29/15 | X | X |
| 17 | Photo: living room | X | X |
| 18 | SIM card report | X | X |
| 19 | Contact report | X | X |
| 20 | Call log report | X | X |
| 21 | Text messages | X | X |
| 22 | Summary: Candelario calls and texts | X | X |

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney